PER CURIAM.
Affirmed. See Eaton v. State, 438 So.2d 822 (Fla.1983); Potts v. State, 430 So.2d 900 (Fla.1982); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d *437 1054 (Fla. 2d DCA 2002); State v. Wilson, 483 So.2d 28 (Fla. 2d DCA 1985).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.